DEWALD, Appellant, vs. DEWALD, Respondent.

*January 8 — February 5, 1895.*

*Pleading: Appealable order.*

An order denying a motion to strike out a part of the answer as scandalous, irrelevant, and redundant, is not appealable.

APPEAL from an order of the superior court of Milwaukee county: J. C. LUDWIG, Judge. *Dismissed.*

Divorce action. The complaint charged cruel and in-human treatment and failure to support. The answer, after denying the allegations of the complaint, alleged, in substance, that the plaintiff was the defendant's housekeeper, and induced the defendant to cohabit with her, and there-after induced and entrapped the defendant into marrying her, upon a false claim that she was pregnant by him, and for the purpose .only of acquiring his property and desert-ing him. A motion to strike out this latter part of the an-swer, as scandalous, irrelevant, and redundant, was denied, and the plaintiff appealed.

For the appellant there was a brief by *Sylvester & Scheiber*, and oral argument by *F. Scheiber*.

For the respondent the cause was submitted on the brief of *F. J. Lenicheck*.

WINSLOW, J. The order appealed from is not appealable. It affects no substantial right, and does not involve the merits of the action. This was decided in *Kewaunee Co. v. Decker*, 28 Wis. 669, and no discussion of the question is necessary.

*By the Court.*— Appeal dismissed.